J. Russell Stedman (117130)
Jamie Ostroff (228095)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California  94108
Telephone:  (415) 434-2800
Facsimile:  (415) 434-2533

Attorneys for Plaintiff-in-Interpleader
Sun Life Assurance Company of Canada (U.S.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), | CASE NO.: 2:05-CV-02406-WBS-KJM |
| Plaintiff-in-Interpleader, | **STIPULATION AND [PROPOSED] ORDER** TRANSFERRING VENUE TO NORTHERN DISTRICT OF CALIFORNIA |
| vs. | |
| GERALD COHEN, as the Administrator of the Estate or Ronald Marinaccio; BOB and SHIRLEY WITHROW; ANNETTE SCHWARTZ; and DOES 1 through 10, inclusive, | Complaint Filed: November 28, 2005 |
| Claimants-in-Interpleader. | |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

g:\docs\shu\dshu2\inbox\signed\stip re transfer.doc

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on November 2, 1995, Plaintiff-in-Interpleader Sun Life Assurance Company of Canada (U.S.) ("SUN LIFE") issued annuity contract number 50-77-7700534682 (the "Annuity") to Ron Marinaccio; and

WHEREAS, Ron Marinaccio died on March 7, 2005; and

WHEREAS, Claimants-in-Interpleader have asserted competing claims to the proceeds due on the Annuity as a result of Ron Marinaccio's death; and

WHEREAS, SUN LIFE filed its Complaint-in-Interpleader on November 28, 2005; and

WHEREAS, concurrent with the filing of the Complaint-in-Interpleader, SUN LIFE deposited with the Clerk of this Court a check in the amount of $47,817.24 (the "Interpled Funds"), which represented the proceeds of $47,792.38, payable pursuant to Ronald Marinaccio's coverage under Annuity, and accrued interest of $24.86 through the date of deposit; and

WHEREAS, after SUN LIFE filed its Complaint-in-Interpleader, the parties agreed that the United States District Court for the Northern District of California, San Jose Branch, is a more convenient and appropriate venue for this matter; and

WHEREAS, the parties agree that this matter should be transferred to the United States District Court for the Northern District of California, San Jose Branch; and

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

g:\docs\shu\dshu2\inbox\signed\stip re transfer.doc

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the parties further agree that concurrent with the transfer of this action as set forth above, the Interpled Funds should be transferred to the Clerk of the Court for the Northern District of California.

NOW, THEREFORE, the parties, by and through their respective counsel of record, stipulate as follows:

1. That venue in this action be transferred to the United States District Court for the Northern District of California, San Jose Branch.

2. That the Interpled Funds be transferred to the Clerk of the United States District Court for the Northern District of California.

Dated: January __, 2006          BARGER & WOLEN LLP

                                 By: _____
                                     J. RUSSELL STEDMAN
                                     JAMIE OSTROFF
                                     Attorneys for Plaintiff-in-
                                     Interpleader Sun Life Assurance
                                     Company of Canada (U.S.)

Dated: January __, 2006

                                 By: _____
                                     MARTIN N, LETTUNICH
                                     Attorney for Claimant-in-
                                     Interpleader Gerald Cohen,
                                     Administrator of the Estate of
                                     Ronald Marinaccio

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: January __, 2006 | PICONE & DEFILLIPPIS |

By: _____
STEPHEN S. PICONE
Attorneys for Claimants-in-Interpleader Bob and Shirley Withrow

Dated: January __, 2006           ANKER, REED, HYMES & SCHREIBER

By: _____
MARTIN S. REED
Attorneys for Claimant-in-Interpleader Annette Schwartz

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Having considered the stipulation of the parties, and good cause appearing, the Court ORDERS as follows:

1. This action is transferred in its entirety to the United States District Court for the Northern District of California, San Jose Branch.

2. The Interpled Funds are to be transferred to the Clerk of the United States District Court for the Northern District of California.

**IT IS SO ORDERED.**

**Dated: January 25, 2006**

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-4-

PDF created with pdfFactory trial version www.pdffactory.com